**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————————

No. 25-13300

Non-Argument Calendar

————————————————

SERGIO PEREZ,

*Plaintiff-Appellant,*

*versus*

CITY OF OPA-LOCKA,
    a municipality within the State of Florida,
STEVEN BARREIRA,
    individually,
MICHAEL STEEL,
    individually
GERMAN BOSQUE,
    individually
DANIEL KELLY,
    individually, et al. ,

*Defendants-Appellees,*

SCOTT ISRAEL,
    individually,

2                       Opinion of the Court                  25-13300

*Defendant.*

———————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:24-cv-23636-EA

———————————

Before JILL PRYOR, GRANT, and KIDD, Circuit Judges.

PER CURIAM:

Sergio Perez filed a notice of appeal from the district court's August 21, 2025, omnibus order granting a motion to dismiss and granting in part and denying in part another motion to dismiss.

We lack jurisdiction over Perez's appeal because the district court's August 21 order is not final, as four of Perez's claims remain pending, and the district court did not certify it for immediate appeal. *See* 28 U.S.C. § 1291 (providing that appellate jurisdiction is generally limited to "final decisions of the district courts"); *Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 986 (11th Cir. 2022) (explaining that an appealable final order ends the litigation on the merits and leaves nothing for the court to do but execute its judgment); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012) (explaining that an order that disposes of fewer than all claims against all parties to a civil action is not final or immediately appealable absent certification by the district court pursuant to Federal Rule of Civil Procedure 54(b)). Moreover, the order concerned the merits of Perez's claims, rather than collateral issues, and is effectively reviewable on appeal from a final judgment resolving the

25-13300                Opinion of the Court                3

entire case on the merits. *See Plaintiff A v. Schair*, 744 F.3d 1247, 1252–53 (11th Cir. 2014) (explaining that a ruling that does not conclude the litigation may be appealed under the collateral order doctrine if it conclusively resolves an important issue collateral to the merits and is effectively unreviewable on appeal from a final judgment).

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction. All pending motions are DENIED AS MOOT.